# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-1049
Owner: Maria Helena Hinojosa-Garza, *et al.*
Acres: 2.092

**Being** a 2.092 acre tract (91,144 sq ft) parcel of land, more or less, being out of a called 9.660 acres, calculated as 9.697 acres, in the Fifth Tract in Porcion No. 61, in Starr County, Texas conveyed to Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo, Volume 744, Page 650. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence S57°19'43"W a distance of 1613.29 feet to a found ½" iron rod in the center of River Road, for the **Point of Commencement,** having the following coordinates: N=16713307.73, E=783424.56.

**Thence:** S21°46'59"W departing said road, to an existing chain link fence, a distance of 368.85 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1047-1=1049-1, on the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo tract, Volume 744, Page 650 and the South line of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323, for the **Point of Beginning,** having the following coordinates: N=16712965.22, E=783287.68, said point being on the Eastern boundary of the parcel herein described.

**Thence:** S36°47'37"E departing said property line, departing said fence, along said Eastern boundary, to an existing barbed wire fence, a distance of 438.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1049-2=1050-1 for angle, said point being on the South line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo tract, Volume 744, Page 650 and on the North line of the Miguel Garza & Fausto Garza, ET AL tract, Volume 671, Page 62;

**Thence:** S47°32'02"W along said property line, along said fence, departing said Eastern boundary, a distance of 94.12 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1049-3=1050-6 for angle;

**Thence:** S48°24'46"W along said property line, along said fence, a distance of 116.75 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1049-

**SCHEDULE C (Cont.)**

4=1050-5 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N36°47'37"W departing said property line, departing said fence, along said Western boundary, to an existing chain link fence, a distance of 422.47 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-2-4=1049-5 for angle, said point being on the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo, Volume 744, Page 650 and on the South line of the Valley Land Fund, Inc. tract, Volume 797, Page 780;

**Thence:** N40°53'15"E along said property line, along said fence, departing said Western boundary, a distance of 128.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1047-2=1048-2-3=1049-6 for angle, said point being on the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo, Volume 744, Page 650 and at the Southeast corner of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and the Southwest corner of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323;

**Thence:** N48°18'48"E along said fence, along the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo, Volume 744, Page 650 and the South line of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323, a distance of 84.73 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-1047-1=1049-1 | 16712965.22 | 783287.68 | | |
| L1 | | | | 438.06' | S36°47'37"E |
| P2 | RGV-RGC-1049-2=1050-1 | 16712614.42 | 783550.05 | | |
| L2 | | | | 94.12' | S47°32'02"W |
| P3 | RGV-RGC-1049-3=1050-6 | 16712550.87 | 783480.62 | | |
| L3 | | | | 116.75' | S48°24'46"W |
| P4 | RGV-RGC-1049-4=1050-5 | 16712473.38 | 783393.30 | | |
| L4 | | | | 422.47' | N36°47'37"W |
| P5 | RGV-RGC-1048-2-4=1049-5 | 16712811.69 | 783140.26 | | |
| L5 | | | | 128.54' | N40°53'15"E |
| P6 | RGV-RGC-1047-2=1048-2-3=1049-6 | 16712908.87 | 783224.40 | | |
| L6 | | | | 84.73' | N48°18'48"E |

| SHEET NO. | METES & BOUNDS SURVEY HECTOR H. HINOJOSA,MARIA HELENA HINOJOSA-GARZA, EULALIA ELMA HINOJOSA-NARANJO | DRAWN BY: | | | | |
| 5 OF 5 | TRACT NO. RGV-RGC-1049 | | | | | |
| | STARR COUNTY          TEXAS | | | | | |

Tract: RGV-RGC-1049
Owner: Maria Helena Hinojosa-Garza, *et al.*
Acreage: 2.092

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-1049
Owner:  Maria Helena Hinojosa-Garza, *et al.*
Acres:  2.092

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in conveyance recorded with Official Records, Starr County, Texas,  in Volume 744, Page 650; Volume 1143, Page 288; Volume 1165, Page 261; and Volume 1139, Page 236, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIFTEEN THOUSAND, TWO HUNDRED AND FIFTY-ONE DOLLARS AND NO/100 ($15,251.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Eulalia Elma Hinojosa-Naranjo** <br> ▉▉▉▉▉▉▉ | Deed of Gift, Volume 744, Page 650, Recorded January 3, 1996, Deed Records of Starr County, Texas <br><br> Deed of Gift, Volume 1165, Page 261, Recorded October 5, 2007, Deed Records of Starr County, Texas |
| **Maria Helena Hinojosa-Garza** <br> ▉▉▉▉▉▉▉ | Deed of Gift, Volume 744, Page 650, Recorded January 3, 1996, Deed Records of Starr County, Texas <br><br> Deed of Gift, Volume 1139, Page 236, Recorded March 23, 2007, Deed Records of Starr County, Texas <br><br> Quitclaim Deed, Recorded November 4, 2020, as Document No. 2020-358663, Deed Records of Starr County, Texas |
| **Ameida Salinas,** <br> **Starr County Tax Assessor** <br> 100 N. FM 3167, Suite 201 <br> Rio Grande City, Texas 78582 | Tax Property ID: 14313 <br> Geographic ID: 00283-06100-11300-000000 |